# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| United States of America for the use and benefit of ARMADA CONCRETE, LLC, a Nevada limited liability company,<br><br>　　　　　　　　　Use Plaintiff,<br>vs.<br><br>JAYNES CORPORATION, a New Mexico corporation; and WESTERN SURETY COMPANY, a South Dakota corporation and surety authorized to do business in Nevada, Payment Bond No. 929532918,<br><br>　　　　　　　　　Defendants. | 2:14-cv-02176-GMN-VCF<br><br>**MINUTE ORDER** |

　　　Before the court is the *United States of America for the use and benefit of Armada Concrete, LLC vs. Jaynes Corporation and Western Surety Company,* case number 2:14-cv-02176-GMN-VCF.  A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

　　　IT IS HEREBY ORDERED that a discovery hearing is scheduled for 1:00 p.m., April 13, 2015, in courtroom 3D.  The hearing will be vacated upon the filing of the discovery plan and scheduling order in compliance with Local Rule 26-1.

　　　Dated this 27th day of March, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE