# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| United States of America for the use and benefit of ARMADA CONCRETE, LLC, a Nevada Limited Liability Company,<br><br>    Plaintiff,<br><br>vs.<br><br>JAYNES CORPORATION, *et al.*,<br><br>    Defendants. | 2:14-cv-02176-GMN-VCF<br><br>**ORDER** |

  The court met and conferred with the parties and counsel on June 28, 2016 for a settlement conference. (ECF No. 51). A settlement agreement was not reached. Because he had *ex parte* contacts with the parties and counsel during the settlement conference, the undersigned must recuse himself from the above entitled and numbered case. 28 U.S.C. § 455 Code of Conduct for United States Judges, Canon 3(C)(1).

  Accordingly, this matter is hereby referred to the Clerk of Court for random reassignment to another Magistrate Judge.

  IT IS SO ORDERED.

  Dated this 6th day of July, 2016.

                    _____
                    CAM FERENBACH
                    UNITED STATES MAGISTRATE JUDGE