Leon F. Mead II, Esq.
Nevada Bar No. 5719
Robin E. Perkins, Esq.
Nevada Bar No. 9891
Sarah A. Mead, Esq.
Nevada Bar No. 13725
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, NV 89169
Telephone: 702-784-5200
Facsimile:  702-784-5252
Email:  lmead@swlaw.com
         rperkins@swlaw.com
         smead@swlaw.com

*Attorneys for Jaynes Corporation and
Western Surety Company*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| United States of America for the use and benefit of ARMADA CONCRETE, LLC, a Nevada limited liability company,<br><br>Use Plaintiff,<br><br>v.<br><br>JAYNES CORPORATION, a New Mexico corporation; and WESTERN SURETY COMPANY, a South Dakota corporation and surety authorized to do business in Nevada, Payment Bond No. 929532918,<br><br>Defendants. | Case No. 2:14-cv-02176-GMN-VCF<br><br>STIPULATION AND ORDER [PROPOSED] VACATING THE AUGUST 29, 2016 STATUS HEARING REGARDING DEFENDANTS' MOTION TO COMPEL (ECF NO. 50) |
|---|---|
| All Related Actions. | |

Plaintiff Armada Concrete, LLC ("Armada), by and through its counsel of record, the law firm of Gordon & Rees LLP; and Defendants Jaynes Corporation and Western Surety Company ("Defendants") (collectively the "Parties") by and though their counsel of record, the law firm of Snell & Wilmer L.L.P., for good cause shown, the Parties hereby stipulate and agree as follows:

1. That pursuant to the August 4, 2016 Minutes of Proceedings (ECF No. 65), the Parties met and conferred on August 10, 2016 regarding *Jaynes Corporation and Western Surety*

24736674.1

*Company's Motion to Compel Discovery Responses and Request for Emergency Review Pursuant to Local Rule 7-5* (ECF No. 50) (hereinafter "Defendants' Motion to Compel:);

    2.    The Parties have reached an agreement (which will be set forth fully in the Joint Pre-Trial Order) that has rendered Defendants' Motion to Compel moot;

    3.    That based upon the agreement between the Parties, Defendants withdraw their Motion to Compel; and

    4.    That the Court may vacate the status hearing regarding Defendants' Motion to Compel (ECF No. 50) set for **9:00 a.m. on August 29, 2016.**

| | |
|---|---|
| DATED:  August 26, 2016 | DATED:  August 26, 2016 |
| GORDON & REES LLP | SNELL & WILMER L.L.P. |
| By: */s/ Jon M. Ludwig* <br> Robert E. Schumacher, Esq. <br> Nevada Bar No. 7504 <br> Jon M. Ludwig, Esq. <br> Nevada Bar No. 3998 <br> 3770 Howard Hughes Parkway, Suite 100 <br> Las Vegas, NV 89169 <br><br> *Attorneys for Use Plaintiff Armada Concrete, LLC and Third Party Defendant Liberty Mutual Insurance Co.* | By: */s/ Leon F. Mead* <br> Leon F. Mead II, Esq. <br> Nevada Bar No. 5719 <br> Robin E. Perkins, Esq. <br> Nevada Bar No. 9891 <br> Sarah A. Mead, Esq. <br> Nevada Bar No. 13725 <br> 3883 Howard Hughes Parkway, Suite 1100 <br> Las Vegas, NV 89169 <br><br> *Attorneys for Jaynes Corporation and Western Surety Company* |

**IT IS SO ORDERED**.

                              */s/ George Foley Jr.*
                              UNITED STATES MAGISTRATE JUDGE

DATED:  August 29, 2016.

24736674.1