Robin E. Perkins, Esq.
Nevada Bar No. 9891
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone:  (702) 784-5200
Facsimile:  (702) 784-5252
rperkins@swlaw.com

Leon F. Mead II, Esq.
Nevada Bar No. 5719
MEAD LAW GROUP
1509 Saintsbury Drive
Las Vegas, NV 89144
Telephone: (702) 869-0192
Facsimile: (702) 922-3831
leon@meadlawgroup.com

*Attorneys for Jaynes Corporation and Western Surety Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America for the use and benefit of ARMADA CONCRETE, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>JAYNES CORPORATION,  a New Mexico corporation; and WESTERN SURETY COMPANY, a South Dakota corporation and surety authorized to do business in Nevada, Payment Bond No. 929532918,<br><br>Defendants.<br><br>AND RELATED ACTIONS. | Case No. 2:14-cv-02176-GMN-GWF<br><br>**JAYNES CORPORATION AND WESTERN SURETY COMPANY'S MOTION TO APPEAR TELEPHONICALLY AT CALENDAR CALL** |

## **MEMORANDUM OF POINTS AND AUTHORITIES**

Defendants Jaynes Corporation and Western Surety Company (collectively "Jaynes") submit this Motion to Appear Telephonically at the Calendar Call in this matter scheduled for

4848-6577-0565

1  May 2, 2017 at 9:00 a.m.   Co-Counsel Robin E. Perkins, Snell & Wilmer, will be out of state at
2  the time of the Calendar Call due to a previously scheduled work engagement on another matter.
3  Co-Counsel Leon F. Mead II, Mead Law Group, will be out of state due to a previously scheduled
4  personal obligation.

5      Accordingly, Jaynes requests that this Court grant its Motion for Counsel Robin E. Perkins
6  to appear on behalf of Jaynes and Co-Counsel Leon F. Mead II telephonically at the Calendar Call
7  in this matter scheduled for May 2, 2017 at 9:00 a.m.

Dated:  March 24, 2017                                                         SNELL & WILMER L.L.P.

By: */s/ Robin E. Perkins*
Robin E. Perkins, Esq.
Nevada Bar No. 9891
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada  89169

*Attorneys for Jaynes Corporation and Western Surety Company*

**It is so ordered.**

_____
UNITED STATES DISTRICT COURT JUDGE

**DATED** this  27   day of March, 2017.

## **CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action.  On this date, I caused to be served a true and correct copy of the foregoing **JAYNES CORPORATION AND WESTERN SURETY COMPANY'S MOTION TO APPEAR TELEPHONICALLY AT CALENDAR CALL** by the method indicated:

|        |                          |
|--------|--------------------------|
| __X__  | U.S. Mail                |
| _____  | U.S. Certified Mail      |
| _____  | Facsimile Transmission   |
| _____  | Overnight Mail           |
| _____  | Federal Express          |
| _____  | Hand Delivery            |
| __X__  | Electronic Filing/ECF    |
| _____  | E-mail                   |

and addressed to the following:

Robert E. Schumacher, Esq.
Jon M. Ludwig, Esq.
GORDON & REES LLP
3770 Howard Hughes Parkway, Suite 100
Las Vegas, NV 89160
*Attorneys for Use Plaintiff Armada Concrete LLC and Third Party Defendant Liberty Mutual Insurance Co.*
*(via Electronic Filing)*

John H. Donboli, Esq.
DONBOLI LAW GROUP
11682 El Camino Real, Suite 100
San Diego, CA 92130
*Attorneys for Use Plaintiff Armada Concrete LLC and Defendant Liberty Mutual Insurance Co.*
*(via U.S. Mail)*

DATED: March 24, 2017

*/s/ Maricris Williams*
An Employee of Snell & Wilmer L.L.P.

4848-6577-0565

- 3 -