THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * * *

| | |
|---|---|
| ARMADA CONCRETE, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> JAYNES CORPORATION, et al., <br><br> Defendants. | 2:14-cv-02176-GMN-GWF <br><br> DATE: May 15, 2017 <br><br> Courtroom 7C |

THE HONORABLE GLORIA M. NAVARRO, CHIEF UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: Aaron Blazevich       COURT RECORDER: Araceli Bareng

COUNSEL FOR PLAINTIFF: Jon Ludwig with Client Representative John Crampton and Paralegal Christina Pagaduan

COUNSEL FOR DEFENDANT: Leon Mead and Robin Perkins with In-House Counsel Matt Sanchez, Client Representative Rick Marquart, and Paralegal Stacy Palmer

MINUTES OF PROCEEDINGS: Bench Trial (Day 1)

8:48 a.m. The Court convenes. The Court makes preliminary statements and hears representations from the parties on the pending Motions in Limine. The Court GRANTS IN PART AND DENIES IN PART the Motion in Limine No. 1 to Exclude Inadvertently Produced Privileged and Confidential Communications (ECF No. 84). The parties will file additional briefs on the Motion in Limine No. 3 to Exclude New Theory re Cardinal Change (ECF No. 113).

9:28 a.m. Mr. Ludwig conducts opening statements on behalf of Plaintiff Armada Concrete, LLC.

9:42 a.m. Ms. Perkins conducts opening statements on behalf of Defendants Jaynes Corporation and Western Surety Company.

10:06 a.m. **JOHN CRAMPTON**, called on behalf of the Plaintiff is sworn and testifies on direct examination by Mr. Ludwig. **EXHIBITS 349-353 are ADMITTED into evidence on stipulation of the parties.**

10:28 a.m. The Court stands at recess for a morning break.

10:44 a.m.  The Court reconvenes.  **EXHIBITS 1-172 are ADMITTED into evidence on stipulation of the parties.  JOHN CRAMPTON**, previously sworn and called on behalf of the Plaintiff, continues testifying on direct examination by Mr. Ludwig.  **EXHIBIT 304 is ADMITTED into evidence.**

12:02 p.m.  The Court stands at recess for lunch.

1:23 p.m.  The Court reconvenes.  **JOHN CRAMPTON**, previously sworn and called on behalf of the Plaintiff, continues testifying on direct examination by Mr. Ludwig.  **The parties stipulate and the Court approves the WITHDRAWAL of EXHIBIT 34 and ADMISSION of EXHIBIT 510 in its place. EXHIBITS 404-406 are ADMITTED into evidence on stipulation of the parties.**

3:02 p.m.  The Court stands at recess for an afternoon break.

3:22 p.m.  The Court reconvenes.  **JOHN CRAMPTON**, previously sworn and called on behalf of the Plaintiff, continues testifying on direct examination by Mr. Ludwig.  **EXHIBITS 302 and 412 are ADMITTED into evidence.**

5:07 p.m.  The Court adjourns.

Bench Trial continued to Tuesday, May 16, 2017 at 10:00 a.m. in Courtroom 7C before Chief Judge Gloria M. Navarro.

    DEBRA K. KEMPI, CLERK
    U.S. DISTRICT COURT

    BY:	/S/
    Aaron Blazevich, Deputy Clerk